1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAYNA CROFTS and JEREMY SANDERS,

        Plaintiffs,

        v.

ISSAQUAH SCHOOL DISTRICT,
MELISSA MADSEN, and RON THIELE,

        Defendants.

CASE NO. C17-1365RAJ

ORDER

This matter comes before the Court on Plaintiffs' motion to amend their

Complaint. Dkt. # 22. After review of the parties' submissions, the Court requests

supplemental briefing on the issue of whether the Individuals with Disabilities Education

Act, 20 U.S.C. §§ 1400 et seq. ("IDEA") creates a right of action against individual

defendants. The parties shall file their briefs, no longer than five pages, by close of

business within one week of the date of this Order.

        DATED this 12th day of March, 2018.

                        _____
                        The Honorable Richard A. Jones
                        United States District Judge

ORDER – 1