UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAYNA CROFTS, et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>ISSAQUAH SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | CASE NO. C17-1365JLR<br><br>ORDER SCHEDULING STATUS CONFERENCE |

The court SCHEDULES a status conference in this matter for Wednesday, February 20, 2019, from 10:00 am to 10:30 am. The court ORDERS both *pro se* plaintiffs and lead counsel for Defendant to attend. Based on the pleadings, the court will rule on the motions found at docket numbers 48, 49, 50, 51, and 56.

Dated this 14 day of February, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 1